ALBERT R. PRITCHARD, Respondent, v. SECURITY TRUST COMPANY OF ROCHESTER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of the AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Appellant, v. ALBERT LAKE, Respondent.— Orders reversed and motion to open default granted, without costs of this appeal to either party, on the following grounds: 1. When the case was moved for trial and judgment by default was taken, proceedings in the action were stayed by an order of this court dated September 26, 1922, and entered on October 11, 1922. While the language of that order is not entirely clear, it was intended to and did stay all proceedings in the actions until the determination of the appeals from orders in both the trustee's and creditors' actions then pending in this court. 2. While there had been theretofore much unjustified delay, there seems in this instance to have been sufficient reason for postponement, in that plaintiff's attorney was unable to be present in court by reason of illness and there were commissions outstanding to take the depositions of witnesses. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of the AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Appellant, v. CHARLES MATHIAS, Respondent. — Orders reversed and motion to open default granted, without costs of this appeal to either party, on the grounds stated in the decision in *Allen* v. *Lake (ante,* p. 886), decided herewith. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of the AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Appellant, v. D. M. RYAN, Respondent.— Orders reversed and motion to open default granted, without costs of this appeal to either party, on the grounds stated in the decision in *Allen* v. *Lake (ante,* p. 886), decided herewith. All concur.

GOODMAN & SUSS, INC., Respondent, v. DAVID COHEN SALES CO., INC., Defendant, and S. HERBERT GOLDEN, Trading as GOLDEN COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

HELEN RANICK, Respondent, v. WILLIAM JENSS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

FRED E. KRILEY, Respondent, v. HARRY E. GOODRICH and Another, Appellants.— Judgment reversed, with costs, on the law and facts, and complaint dismissed, with costs, on the ground that the plaintiff has mistaken his remedy. The plaintiff did not have title to, nor was he in possession of, the goods which were sold by the defendants while acting as directors of the corporation. The goods belonged to the corporation, and plaintiff cannot maintain an action for conversion thereof against defendants. Findings of fact reversed are stated in the order. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICOLA DESIDERIO and Another, Appellants, v. HENRY CONOLLY and Others, Constituting the Board of Sewer Commissioners of Sewer District No. 1, in the Town of Brighton, New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Farley* v. *Winkler* (203 N. Y. 445) and *Holroyd* v. *Town of Indian Lake* (180 id. 318). All concur.